## DANIELS v. STATE OF INDIANA.

[No. 12,024.   Filed November 7, 1924.]

From Marion Juvenile Court (A 21,360); *Frank J. Lahr,* Judge.

Prosecution by the State of Indiana against Elizabeth Daniels. From the judgment rendered, the defendant appeals. *Affirmed.*

*M. W. Franklin,* for appellant.
*U. S. Lesh,* Attorney-General, *Arnet B. Cronk* and *Carl Wilde,* for the State.

PER CURIAM.—Judgment affirmed.

---

## AMIS v. CITY OF CLINTON.

[No. 11,748.   Filed January 24, 1924.   Rehearing denied October 8, 1924.   Transfer denied November 12, 1924.]

From Vigo Superior Court; *John E. Cox,* Judge.

Action between Joseph W. Amis and the City of Clinton. From the judgment rendered, the former appeals. *Affirmed.*

*Joseph W. Amis, Herman F. Amis, William H. Beeler, Ernest M. Causey, Frank J. Miller* and *Edward L. Swadener,* for appellant.
*Mark W. Lyday* and *Frank S. Rawley,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## WILLIAM P. JUNGCLAUS COMPANY v. McCURNES.

[No. 12,018.   Filed November 12, 1924.]

From Industrial Board of Indiana.

Proceedings for compensation under the Workmen's Compensation Act by Hazel McCurnes against William P. Jungclaus Company. From the award rendered, the defendant appeals. *Affirmed.*

*White, Wright & McKay,* for appellant.
*William E. Reiley,* for appellee.

REMY, J.—Affirmed on authority of *American Leather, etc., Co. v. Stone* (1920), 74 Ind. App. 547, 129 N. E. 264.